AO 442 (Rev. 01/09) Arrest Warrant

3093714

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>NDUBUISI JOSEPH OKAFOR,<br><br>*Defendant* | Case: 1:23-cr-00116<br>Assigned to: Judge Bates, John D.<br>Assign Date: 4/6/2023<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NDUBUISI JOSEPH OKAFOR
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Distribution of Controlled Substances Outside of the Legitimate Practice of Medicine)

Date: 04/06/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.04.06 15:30:02 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/06/2023, and the person was arrested on *(date)* 4/12/2023
at *(city and state)* Washington DC.

Date: 4/12/2023

*Arresting officer's signature*

Alex Adkins Dash
*Printed name and title*