IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No: 1:23-cr-00116-JDB** |
| V.           ) | |
| ) | **Pretrial: 9/27/2024** |
| **NDUBUISI OKAFOR, MD**    ) | |
| ) | **Trial: 10/14/2024** |
| **Defendant.**         ) | |
| ……………………………………………) | |

### DEFENDANT'S MOTION IN LIMINE 3
### CONCERNING STATEMENTS OF CO-CONSPIRATORS

**NOW COMES** the Defendant, Ndubuisi Okafor (hereinafter, "Defendant"), by and through his attorneys, John O. Iweanoge and THE IWEANOGES FIRM, PC and moves this Honorable Court to preclude the Government from mentioning in opening statement, any statement(s) allegedly made by a co-conspirator which directly or indirectly, mentions or incriminates the Defendant; and to preclude the Government from interrogating any witness about any statement made by an alleged co-conspirator which directly, or indirectly, mentions or incriminates the Defendant, unless or until the Government first, through competent evidence, establishes a conspiracy to commit the crime charged existed and that the Defendant was a part thereof and, unless, such statement(s) was/were made during the course of and in furtherance of the alleged conspiracy.

**WHEREFORE**, the Defendant requests this Honorable Court to grant Defendant's Motion in Limine 3, Concerning Statements of Co-Conspirators for the reasons stated herein.

    Respectfully submitted,

    */S/JohnOIweanoge/S*
    John O. Iweanoge, II
    (DC Bar#439913

IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com

## POINTS AND AUTHORITY

1. Federal Rule of Evidence, Rule 103

2. Federal Rule of Evidence, Rule 104

3. Federal Rule of Evidence, Rule 402

4. Federal Rule of Evidence, Rule 403

Respectfully submitted,

*John O. Iweanoge*
John O. Iweanoge

## REQUEST FOR A HEARING

Pursuant to Local Rule 47 (F) other applicable Local Rule and Federal Rule and Law, the Defendant, Dr. Okafor, respectfully requests a hearing be held on this Motion.

*John O. Iweanoge*
John O. Iweanoge

## CERTIFICATE OF SERVICE

I hereby certify that on this **17th day** of **June, 2024** I electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing (NEF) constituting service to all uninterested parties attorneys of record.

*John O. Iweanoge*
John O. Iweanoge