IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO: 1:23-cr-00116-JDB** |
| | ) | |
| **NDUBUISI OKAFOR, MD** | ) | |
| **Defendant.** | ) | |

### AMENDED DEFENDANT'S MOTION TO REVEAL THE IDENTITY OF INFORMANT(S)/WITNESS(ES)

**NOW COMES** the Defendant, Ndubuisi Okafor (hereinafter, "Defendant"), by and through his attorneys, THE IWEANOGE FIRM PC and respectfully moves the Court direct the Government to provide the following information as it is essential for the proper Defense of the above-named Defendant. In support of this Motion, the Defendant states the following:

1. That the Defendant is charged with a multi-count indictment alleging a conspiracy and associated substantive crimes in violation of federal law.

2. That during the investigation that led to the above-entitled indictment, a confidential informant(s) may have been involved. Due to the amount of discovery Defendant has received, it is not possible for Defendant to determine what involvement any "confidential informant(s)" may have had in any alleged illegal activity. As a result, alleged "confidential informant(s)" may have been present during the commission of alleged crimes charged against this Defendant and/or witnessed events alleged by the Government.

3. Generally, the names of an informant or informant(s) are not disclosed if that person(s) is merely giving information (e.g. for a search warrant). If, however, the informant takes part in the activity that constitutes the crime charged (e.g. distribution of narcotics), or is present

1

at the time of the activity that constitutes the crime charged ("conspiracy"), then under the Supreme Court case, *Rovario v. United States*, 353 U.S. 53 (1957), the Government must disclose the identity of that informant(s).

4. That Counsel for the Defendant cannot adequately represent the Defendant without the above-requested information.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court grant the relief sought herein, compel the Government to provide the name and information for the alleged confidential informant, and grant any other and/or further relief this Honorable Court deems appropriate or the interests of justice demand.

>Respectfully submitted,
>**THE IWEANOGES FIRM, P.C.**
>
>By: _/s/JohnOIweanogeII/s/_____
>John O. Iweanoge, II, Esquire
>IWEANOGE LAW CENTER
>1026 Monroe Street, NE
>Washington, DC 20017
>Phone:   (202) 347-7026
>Fax:        (202) 347-7108
>Email:   joi@iweanogesfirm.com
>Attorneys for Defendant

## REQUEST FOR A HEARING

Pursuant to Local Rule 47(f) other applicable Local Rule and Federal Rule and Law, the Defendant, Dr. Okafor respectfully requests a hearing be held on this Motion.

>John O. Iweanoge
>John O. Iweanoge

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 17th day of June 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing and a copy of the filing to all counsel of record.

                                                       _/s/JohnOIweanogeII/s/_____
                                                        John O. Iweanoge, II