IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No: 1-23-cr-00116-JDB |
| v. | ) | Pre Trial: 9/27/2024 |
| **NDUBUISI OKAFOR, MD,** | ) | Trial: 10/14/2024 |

*************************************************************************

**DEFENDANT'S MOTION IN LIMINE 1
CONCERNING ALLEGED VICTIM J.V.**

**NOW COMES** the Defendant, NDUBUISI OKAFOR, MD (hereinafter, "Defendant"), by and through his attorney, John O. Iweanoge, II and THE IWEANOGES FIRM, PC and moves this Honorable Court to preclude the Government from mentioning in opening statement, in their case in chief or in the examination of any witness (Government or Defense) that alleged victim J.V. died or overdosed. The probative value of any such testimony or evidence would be greatly outweighed by its prejudicial effect. In addition to alleging the Defendant committed additional crimes to the jury, such material would likely only serve to inflame the jury. In addition, any such testimony or evidence should be excluded as it would confuse the main issues in the trial, will mislead the jury, and is highly prejudicial to the Defendant. Any such testimony would only be offered to prejudice the jury against the Defendant and in lieu of actual evidence of criminal conduct in an attempt to confuse the fact finder.

**WHEREFORE**, Defendant requests this Honorable Court to grant Defendant's Motion In Limine 1 and grant any other, or further, relief this Honorable Court deems appropriate.

                    Respectfully submitted,
                    **THE IWEANOGES FIRM, P.C.**

By: _/s/JohnOIweanogeII/s/_
    John O. Iweanoge, II, Esquire
    IWEANOGE LAW CENTER
    1026 Monroe Street, NE
    Washington, DC 20017
    Phone:  (202) 347-7026
    Fax:     (202) 347-7108
    Email:  joi@iweanogesfirm.com
    Attorneys for Defendant

## POINTS AND AUTHORITY

1. Federal Rule of Evidence, Rule 103

2. Federal Rule of Evidence, Rule 104

3. Federal Rule of Evidence, Rule 402

4. Federal Rule of Evidence, Rule 403

                    Respectfully submitted,

                    /s/*John O. Iweanoge*
                    John O. Iweanoge, II

## REQUEST FOR A HEARING

Pursuant to Local Rule 47(f) other applicable Local Rule and Federal Rule and Law, the Defendant, Dr. Okafor respectfully requests a hearing be held on this Motion.

                    /s/*John O. Iweanoge*
                    John O. Iweanoge, II

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2024 I electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing (NEF) constituting service to all interested parties attorneys of record.

                    /s/*John O. Iweanoge*
                    John O. Iweanoge, II