# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No: 1:23-cr-00116-JDB |
| V. ) | Pre Trial: 9/27/2024 |
| ) | Trial: 10/14/2024 |
| , ) | ) |
| ) | |
| NDUBUISI OKAFOR, MD ) | |
| Defendant | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS

Comes Now, NDUBUISI OKAFOR, MD, by and through John O. Iweanoge, II and THE IWEANOGES FIRM, PC by attorneys, respectfully moves this Court for leave to file additional pretrial motions beyond the motions deadline, should such motions be necessary. In support, Dr. Okafor states as follows:

Undersigned counsel has reviewed the discovery produced to date. As discussed in the motions filed, the superseding indictment in this case is exceedingly broad, and the discovery produced to date does not appear to support the charges against Dr .Okafor. Nevertheless, the government may, at some future date, provide additional discovery or come forward with new, previously undisclosed information that may reveal issues that need to be

raised with the Court.

WHEREFORE, for all of the foregoing reasons, Dr. Okafor respectfully moves this Court for leave to file additional pretrial motions if necessary.

*/S/JohnOIweanoge/S/*
John O. Iweanoge, II (DC Bar#439913
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017
Phone : (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2024 I electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing (NEF) constituting service to all interested parties and attorneys of record.

/s/ JohnOIweanoge/S/
John O. Iweanoge II
