UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-CR-116 (JDB) |
| | : | |
| v. | : | |
| | : | |
| NDUBUISI JOSEPH OKAFOR, M.D. | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE TO THE
### DEFENDANT'S MOTION *IN LIMINE* CONCERNING PATIENT J.V.

The United States, by and through its undersigned counsel, hereby respectfully submits this response to the defendant's Motion *in Limine* concerning patient J.V., ECF No. 46.

The government does not intend to introduce evidence in its case-in-chief that patient J.V. fatally overdosed from oxycodone and diphenhydramine toxicity on November 17, 2022.

Pursuant to Fed. R. Evid. 404(b), the government moved this Court to admit the following information regarding patient J.V.: 1) charged and uncharged distributions of oxycodone by the defendant to J.V.; 2) expert analysis of the defendant's purported treatment of J.V.; 3) the D.C. Board of Medicine's request for information regarding J.V., including the complaint[1] filed and correspondence sent to the defendant; 4) the backdated records and notes related to patient J.V., including the audit log from the Electronic Health Record provider that demonstrates each note was created and signed months after the defendant's last visit with J.V. and within days of the D.C. Board of Medicine's request for information[2]; and 5) potential testimony from an acquaintance of J.V, who went to the defendant's office with him on several occasions. *See* ECF No. 37 at 18-20.

---

[1] The Government intends to redact statements about J.V.'s fatal overdose from the complaint or otherwise sanitize it.

[2] The Government's *Motion in Limine*, ECF No. 37, noted that the records were created after J.V.'s death. At trial, the Government will frame the timing as months after the defendant's last

Should the Court deny the government's request to admit the complaint, or should the defendant seek to admit the backdated records as evidence of his legitimate treatment of J.V., or otherwise insinuate that he was unaware of patient J.V.'s fatal overdose prior to forging J.V.'s medical records, the government respectfully requests leave, pursuant to Fed. R. Evid. 608(b), to impeach the defendant with the D.C. Board of Medicine's March 15, 2023, full, unredacted package, which included a letter requiring the defendant's response to the complaint in 10 days, a copy of the complaint, and J.V.'s Certificate of Death from the Commonwealth of Virginia.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | GLENN LEON |
| UNITED STATES ATTORNEY | Chief, Fraud Section |
| District of Columbia | U.S. Department of Justice |
| | |
| /s/ Meredith E. Mayer-Dempsey | /s/ Kathryn C. Furtado |
| Meredith E. Mayer-Dempsey | Kathryn C. Furtado |
| NY Bar No. 5213202 | Arizona Bar No. 025994 |
| Assistant United States Attorney | Trial Attorney |
| United States Attorney's Office | U.S. Dept. of Justice, Criminal Division |
| for the District of Columbia | Fraud Section |
| 601 D Street, Northwest | 1400 New York Avenue, Northwest |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| (202) 252-7259 | (202) 307-2884 |
| Meredith.Mayer-Dempsey@usdoj.gov | Kathryn.Furtado@usdoj.gov |

---

appointment with J.V. or months after the defendant's treatment of J.V. terminated, consistent with this filing.