UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-CR-116 (JDB) |
| | : | |
| v. | : | |
| | : | |
| NDUBUISI JOSEPH OKAFOR, M.D. | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' NOTICE REGARDING THE
DEFENDANT'S MOTION TO REVEAL THE IDENTITY OF WITNESSES**

The United States, by and through undersigned counsel, respectfully submits this Notice to the Court regarding the defendant's Motion to Reveal the Identity of Witnesses, ECF No. 44 and 45. The parties have come to an agreement regarding the production of this information in discovery that is satisfactory to both sides. The parties do not require a ruling from the Court at this time. Should anything change, each party reserves its right to petition the Court for whatever relief it believes appropriate. Counsel for the defendant consents to the filing of this Notice.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES | GLENN LEON |
| UNITED STATES ATTORNEY | Chief, Fraud Section |
| District of Columbia | U.S. Department of Justice |
| | |
| /s/ | /s/ |
| Meredith E. Mayer-Dempsey | Kathryn C. Furtado |
| NY Bar No. 5213202 | Arizona Bar No. 025994 |
| Assistant United States Attorney | Trial Attorney |
| United States Attorney's Office | U.S. Dept. of Justice, Criminal Division |
| for the District of Columbia | Fraud Section |
| 601 D Street, Northwest | 1400 New York Avenue, Northwest |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| (202) 252-7259 | (202) 307-2884 |
| Meredith.Mayer-Dempsey@usdoj.gov | Kathryn.Furtado@usdoj.gov |