UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-CR-116 (JDB) |
| | : | |
| v. | : | |
| | : | |
| NDUBUISI JOSEPH OKAFOR, M.D. | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' SUPPLEMENT TO ITS MOTION TO
ADMIT INTRINSIC EVIDENCE AND PURSUANT TO FED. R. EVID. 404(b)**

The United States, by and through undersigned counsel, respectfully files this Motion to permit the introduction of evidence at trial that is intrinsic to the charged conduct. To the extent this Court finds any of the proffered evidence extrinsic, the government seeks to admit it for non-propensity purposes under Federal Rule of Evidence 404(b).

In addition to the co-conspirator distributions, drug premises evidence, and unlawful distributions to co-conspirators noticed in the government's original filing, ECF. No. 37, and its reply at ECF No. 62, the government hereby provides specific notice that it intends to introduce the following evidence regarding co-conspirator 8 (CC-8) as intrinsic to the charged conspiracy and drug premises counts, and as evidence of the defendant's knowledge that his prescribing had no legitimate medical purpose and was outside the course of professional practice.[1] The legal analysis supporting this notice is included in the government's initial filing and reply, which is hereby incorporated by reference.

On approximately February 27, 2023, Task Force Officer (TFO) Muniz received information from four pharmacies in the Fargo, North Dakota area that received promethazine with

---

[1] The underlying reports supporting this evidence were provided to defense counsel in June 2023, and can be found at FBI Serial 272 and its attachments.

codeine prescriptions from the defendant, along with related noncontrolled medications:

- Walls Medicine Center received a prescription for promethazine with codeine, 473 milliliters – a 23-day supply made out to CC-8 with a date of birth in 1997 and a Grand Forks address (albeit different from the Embrace pharmacy prescription).

- Embrace Pharmacy received a prescription for promethazine with codeine, 473 milliliters – a 23-day supply made out to CC-8 with a date of birth in 1955 and a Grand Forks address.

- Dakota Clinic-SU received a prescription for promethazine with codeine, 473 milliliters – a 23-day supply made out to T.T. with a date of birth in 1960 and a North Fargo address.

- Dakota Clinic at 32nd Avenue South received a prescription for promethazine with codeine, 473 milliliters – a 23-day supply made out to CC-8 with a date of birth in 1955 and a West Fargo address.

The details are as follows:

On February 27, 2023, a pharmacist from Walls Medicine Center in Grand Forks, North Dakota, contacted law enforcement (TFO Muniz) after receiving the aforementioned prescription. The pharmacist, Dr. V, found the prescription suspicious because it was for 473 milliliters, a 23-day supply, whereas the most common prescription for such medication is 120 milliliters, a 5-day supply. Dr. V attempted to call the defendant's office around 10-15 times, but no one answered. A male, identifying himself as CC-8, called Walls Medicine to inquire about the prescription. Dr. V subsequently contacted CC-8 on speaker phone with TFO Muniz present. CC-8 informed Dr. V that he would be there to pick up the medication by 3:00 p.m. on February 27, 2023.

Around this same time, a second pharmacist, "Dr. B", from Embrace Pharmacy in Grand

Forks, North Dakota, contacted TFO Muniz regarding a similar prescription for CC-8 which was sent to Embrace. This prescription listed CC-8's name, a date of birth in 1955, and a separate Grand Forks address. Dr. B also informed TFO Muniz that CC-8 was driving a white Toyota Rav 4 with South Dakota plates, registered to a rental car company.

Shortly thereafter, CC-8 arrived at Walls Medicine Center in the white Toyota Rav 4. When CC-8 went to the medications pick up counter, TFO Muniz approached and identified herself. CC-8 was then interviewed after agreeing to waive his *Miranda* rights. CC-8 made numerous statements, to include that he flew into Fargo that morning, was there because he was a social media influencer, he had no family there, and that he is from Maryland. After initially denying going to other pharmacies, CC-8 later stated that he picked up prescriptions for his father, who was home sick in Maryland, at Embrace pharmacy. Upon a consent search of the Toyota Rav 4, law enforcement recovered a receipt from Dakota Clinic-SU Pharmacy for "T.T." for an inhaler and antibiotic. CC-8 claimed "T.T." was his mother.

During the interview, CC-8 informed agents several times that the prescriptions were real and to call his doctor. TFO Muniz informed CC-8 that the pharmacist attempted to call Dr. Okafor several times and no one would answer. CC-8 pulled out his cell phone and made a phone call to an unknown person. TFO Muniz, who was sitting near CC-8, heard a male answer the phone. CC-8 said "tell him to answer" several times, then hung up. CC-8 made another phone call and put the phone on speaker. A female answered, who identified herself as a receptionist at a doctor's office. CC-8 then referred to the female on the phone by the known nickname for CC-3 and said "Hey [CC-3] put him on the phone." The female appeared to transfer the call, and a male answered. CC-8 referred to the male as "doctor" and stated he needed to answer his phone because the pharmacy was trying to call him. The doctor stated in substance that they needed to give [CC-8] the

3

prescriptions because they were real. Subsequently, Dr. V called the defendant's office and spoke to the defendant, who confirmed the electronic prescriptions written to CC-8 were real and prescribed by him.

TFO Muniz later spoke to pharmacists Dr. B (Embrace Pharmacy), pharmacy technician K.L. and Dr. Y (Dakota Clinic-SU) and pharmacist Dr. R (Dakota Clinic 32nd Avenue South).

Dakota Clinic-SU received prescriptions from the defendant made out to T.T., with a North Fargo address, as referenced above. Pharmacy Technician K.L. informed TFO Muniz that CC-8 called Dakota Clinic-SU to ask if his mother's prescriptions were ready, and provided the name T.T. The pharmacist called Dr. Okafor, who confirmed the medications. When CC-8 arrived at the pharmacy, the pharmacy provided him with the antibiotic and inhaler, but would not provide the promethazine with codeine given the large amount prescribed.

Dr. R (Dakota Clinic 32nd Avenue South) informed TFO Muniz that their pharmacy had received a prescription under CC-8's name with a date of birth in 1955 and a West Fargo address, as outlined above. CC-8 had contacted the pharmacy to ask if his father's prescriptions were ready. Dr. R told CC-8 they would not fill the prescription given the large amount of codeine prescribed.

Dr. B (Embrace Pharmacy) informed TFO Muniz in a follow-up interview that CC-8 informed her that he and his dad just moved to Grand Forks, North Dakota from Maryland and that his dad was home sick with a respiratory illness. Dr. B further noted that she looked up CC-8 in the Prescription Drug Monitoring Program and it showed CC-8 had the same prescriptions listed in the system under a different address.

Respectfully Submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>District of Columbia | GLENN LEON<br>Chief, Fraud Section<br>U.S. Department of Justice |
| /s/<br>Meredith E. Mayer-Dempsey<br>NY Bar No. 5213202<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, Northwest<br>Washington, D.C. 20530<br>(202) 252-7259<br>Meredith.Mayer-Dempsey@usdoj.gov | /s/<br>Kathryn C. Furtado<br>Arizona Bar No. 025994<br>Trial Attorney<br>U.S. Dept. of Justice, Criminal Division<br>Fraud Section<br>1400 New York Avenue, Northwest<br>Washington, D.C. 20530<br>(202) 307-2884<br>Kathryn.Furtado@usdoj.gov |