IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| V. | * | Criminal No: 1:23-cr-00116-JDB |
| | * | Pretrial: 9/27/2024 |
| **NDUBUISI OKAFOR, MD** | * | Trial: 10/14/2024 |
| | * | |
| **Defendants.** | * | |
| | * | |

### DEFENDANT OKAFOR'S OPPOSITION TO UNITED STATES SUPPLEMENT TO ITS MOTION TO ADMIT INTRINSIC EVIDENCE AND PURSUANT TO FED. R. EVID. 404(b)

**COMES NOW**, the Defendant, **NDUBUISI OKAFOR, MD**, by and through John O. Iweanoge II, and THE IWEANOGES' FIRM, P.C., his attorneys, request this Honorable Court to exclude the alleged Intrinsic Evidence or 404(b) Evidence alleged in its supplement to the motion (ECF Docket No; 63) seeking admission, because the evidence the Government intends to introduce does not fall within the scope of evidence admissible as Intrinsic Evidence or under Fed. R. Evid. 404(b).

As argued in opposition to the Government's motion and incorporated herein, the allegation in the supplement does not show that the evidence is coming in for one of the permitted purposes specified under Rule 404(b)(2). The Government seeks to introduce alleged evidence of prescriptions submitted to Walls Medicine Center, Embrace Pharmacy, Dakota Clinic-Su, and Dakota Clinic at 32nd Avenue. However, the alleged prescriptions could have been altered or counterfeited. Since the alleged conduct was not charged in the indictment, admitting the evidence would be prejudicial to the Defendant. In *Lovely v. United States*, 169 F.2d 386, 388 (4th Cir. 1948), it was held error to admit testimony that the accused, who was on trial for rape, had committed rape on another woman several weeks prior to the crime alleged in the indictment.

1

## CONCLUSION

**WHEREFORE**, Defendant incorporates reasons and arguments in its opposition and any other reasons that may appear to the Court at a hearing on this motion, Dr. Okafor respectfully requests this honorable court at a hearing to exclude the Government's proposed intrinsic or 404(b) evidence.

Respectfully submitted,

Ndubuisi Okafor, MD
Defendant by Counsel

THE IWEANOGES' FIRM, P.C.

By: ___/s/JohnOIweanoge/s/___
John O. Iweanoge, II (DCB # 439913)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax:    (202) 347-7108
Email: joi@iweanogesfirm.com
Attorneys for Ndubuisi J Okafor, MD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) constituting service to all interested parties and attorneys of record.

Dated: 11th day of September 2024.    /s/JohnOIweanoge/s/
Counsel to Defendant