# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No: 1:2-CR-00116-JDB |
| ) | Trial: October 14, 2024 |
| NDUBUISI OKAFOR ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES

COMES NOW the Defendant, **NDUBUISI OKAFOR** by and through John O. Iweanoge, II and THE IWEANOGES FIRM, P.C. his attorneys and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, files this Expert Designation, and provides the expert report of Dr. R. Joe Ybarra. Defendant also incorporates his report in this designation as if fully set forth therein.

Defendant further reserves the right to supplement this designation and Expert Witness report up to and including at trial.

Respectfully Submitted,
THE IWEANOGES FIRM, P.C.

By: /s/*JohnOIweanoge*/s/
John O. Iweanoge, II (DCB#439913)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECFR-Filing system, which will then send a notification of such filing (NEF) constituting service to all interested parties and attorneys of record:

Dated: 13th day of September, 2024.                      /S/JohnOIweanoge/S/
                                                          John O. Iweanoge, II