UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NDUBUISI JOSEPH OKAFOR,<br>Defendant. | Criminal Action No. 23-116 (JDB) |

### ORDER

Upon consideration of the pretrial conference held September 27, 2024, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Defendant Okafor shall file his opposition to [ECF No. 74] the government's motion to preclude expert testimony by not later than October 4, 2024.  The government shall file any reply by not later than October 18, 2024.

2. Defendant Okafor shall provide the Court with Dr. Ybarra's expert report by not later than October 4, 2024.

3. Defendant Okafor shall file his opposition to [ECF No. 73] the government's motion for leave to file supplemental notice of patient testimony by not later than October 4, 2024.  The government shall file any reply by not later than October 18, 2024.

4. The Court's September 23, 2024 Order instructing the parties to file proposed jury instructions and proposed voir dire by October 1, 2024 is terminated.  Instead, the parties shall file proposed jury instructions, proposed voir dire, and witness lists by not later than January 23, 2025.

5. A pretrial conference is set for February 7, 2025, at 12:00 p.m. in Courtroom 30.

1

6. Trial shall commence on March 4, 2025, at 9:30 a.m. in Courtroom 30. For the reasons stated at the conference, the Court finds that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, and therefore orders that the time between September 27, 2024 and March 4, 2025 shall be excluded from the speedy trial calculation. See 18 U.S.C. §§ 3161(h)(7)(B)(i), (iv).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: September 30, 2024