CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

USA v. OKAFOR, M.D.

Civil/Criminal No.: 23-cr-00116-JDB

### NOTE FROM JURY

When was Yuri A. hired by Dr. O?

Wn

Are there written reports from the expert witnesses in evidence and if so, what are the exhibit numbers?

Date: 3/20/2025

Time: 11:04 AM