UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NDUBUISI JOSEPH OKAFOR,<br><br>Defendant. | Criminal Action No. 23-116 (JDB) |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

**COUNT ONE:** **Conspiracy to Unlawfully Distribute a Controlled Substance**

With respect to Count One, the offense of Conspiracy to Distribute a Controlled Substance, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     __✗_____
Not Guilty                       Guilty

**If you find defendant Ndubuisi Joseph Okafor guilty as to Count One, you must answer the following:**

We, the members of the jury, unanimously find that the conspiracy involved the distribution of the controlled substances identified below:

(a)   Mixtures and substances containing a detectable amount of Oxycodone:

_____     __✗_____
Not Proven                     Proven

(b)   Mixtures and substances containing a detectable amount of Promethazine with Codeine:

_____     __✗_____
Not Proven                     Proven

---

**COUNT TWO:** **Maintaining a Drug-Involved Premises**

With respect to Count Two, the offense of Maintaining a Drug-Involved Premises, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     __✗_____
Not Guilty                       Guilty

**COUNT THREE:**   Unlawful Distribution of Oxycodone

With respect to Count Three, the offense of Unlawful Distribution of Oxycodone to "CS" on or about July 12, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

__X__  
Not Guilty

_____  
Guilty

---

**COUNT FOUR:**   Unlawful Distribution of Oxycodone

With respect to Count Four, the offense of Unlawful Distribution of Oxycodone to "CS" on or about July 21, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____  
Not Guilty

__X__  
Guilty

---

**COUNT FIVE:**   Unlawful Distribution of Oxycodone

With respect to Count Five, the offense of Unlawful Distribution of Oxycodone to "UC 2" on or about November 14, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

__X__  
Not Guilty

_____  
Guilty

---

**COUNT SIX:**   Unlawful Distribution of Oxycodone

With respect to Count Six, the offense of Unlawful Distribution of Oxycodone to "UC 3" on or about November 14, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

__X__  
Not Guilty

_____  
Guilty

**COUNT SEVEN:**     **Unlawful Distribution of Oxycodone**

With respect to Count Seven, the offense of Unlawful Distribution of Oxycodone to "UC 2" on or about November 30, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

     __X__            _____
    Not Guilty          Guilty

---

**COUNT EIGHT:**     **Unlawful Distribution of Oxycodone**

With respect to Count Eight, the offense of Unlawful Distribution of Oxycodone to "UC 3" on or about November 30, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

     _____            __X__
    Not Guilty          Guilty

---

**COUNT NINE:**     **Unlawful Distribution of Oxycodone**

With respect to Count Nine, the offense of Unlawful Distribution of Oxycodone to "JV" on or about June 30, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

     _____            __X__
    Not Guilty          Guilty

---

**COUNT TEN:**     **Unlawful Distribution of Oxycodone**

With respect to Count Ten, the offense of Unlawful Distribution of Oxycodone to "JV" on or about November 1, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

     _____            __X__
    Not Guilty          Guilty

---

**COUNT ELEVEN:**     **Unlawful Distribution of Oxycodone**

With respect to Count Eleven, the offense of Unlawful Distribution of Oxycodone to "JV" on or about November 16, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     ___X_____
Not Guilty                          Guilty

---

**COUNT TWELVE:**     **Unlawful Distribution of Promethazine with Codeine**

With respect to Count Twelve, the offense of Unlawful Distribution of Promethazine with Codeine to "AN" on or about November 21, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     ___X_____
Not Guilty                          Guilty

---

**COUNT THIRTEEN:**     **Unlawful Distribution of Promethazine with Codeine**

With respect to Count Thirteen, the offense of Unlawful Distribution of Promethazine with Codeine to "LN" on or about November 21, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     ___X_____
Not Guilty                          Guilty

---

**COUNT FOURTEEN:**     **Unlawful Distribution of Oxycodone**

With respect to Count Fourteen, the offense of Unlawful Distribution of Oxycodone to "KE" on or about November 28, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____     ___X_____
Not Guilty                          Guilty

---

**COUNT FIFTEEN:**      **Unlawful Distribution of Oxycodone**

With respect to Count Fifteen, the offense of Unlawful Distribution of Oxycodone to "MW" on or about November 30, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____          __X_____
Not Guilty              Guilty

---

**COUNT SIXTEEN:**      **Unlawful Distribution of Oxycodone**

With respect to Count Sixteen, the offense of Unlawful Distribution of Oxycodone to "RB" on or about December 3, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____          __X_____
Not Guilty              Guilty

---

**COUNT SEVENTEEN:**    **Unlawful Distribution of Oxycodone**

With respect to Count Seventeen, the offense of Unlawful Distribution of Oxycodone to "SS" on or about December 3, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____          __X_____
Not Guilty              Guilty

---

**COUNT EIGHTEEN:**     **Unlawful Distribution of Oxycodone**

With respect to Count Eighteen, the offense of Unlawful Distribution of Oxycodone to "KE" on or about December 3, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____          __X_____
Not Guilty              Guilty

---

**COUNT NINETEEN:**   **Unlawful Distribution of Oxycodone**

With respect to Count Nineteen, the offense of Unlawful Distribution of Oxycodone to "JG" on or about December 3, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   ___X_____
Not Guilty             Guilty

---

**COUNT TWENTY:**   **Unlawful Distribution of Oxycodone**

With respect to Count Twenty, the offense of Unlawful Distribution of Oxycodone to "CG" on or about December 3, 2022, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   ___X_____
Not Guilty             Guilty

---

**COUNT TWENTY-ONE:**   **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-One, the offense of Unlawful Distribution of Oxycodone to "JD" on or about February 2, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   ___X_____
Not Guilty             Guilty

---

**COUNT TWENTY-TWO:**   **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Two, the offense of Unlawful Distribution of Oxycodone to "OD" on or about February 2, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   ___X_____
Not Guilty             Guilty

---

**COUNT TWENTY-THREE:**        **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Three, the offense of Unlawful Distribution of Oxycodone to "OD" on or about January 31, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____                _____X_____
Not Guilty                        Guilty

---

**COUNT TWENTY-FOUR:**        **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Four, the offense of Unlawful Distribution of Oxycodone to "RaD" on or about February 23, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____                _____X_____
Not Guilty                        Guilty

---

**COUNT TWENTY-FIVE:**        **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Five, the offense of Unlawful Distribution of Oxycodone to "RoD" on or about February 23, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____                _____X_____
Not Guilty                        Guilty

---

**COUNT TWENTY-SIX:**        **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Six, the offense of Unlawful Distribution of Oxycodone to "MS" on or about March 31, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____                _____X_____
Not Guilty                        Guilty

---

7

**COUNT TWENTY-SEVEN:**    **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Seven, the offense of Unlawful Distribution of Oxycodone to "TW" on or about March 31, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   __X_____
Not Guilty          Guilty

---

**COUNT TWENTY-EIGHT:**    **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Eight, the offense of Unlawful Distribution of Oxycodone to "KaE" on or about March 31, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

_____   __X_____
Not Guilty          Guilty

---

**COUNT TWENTY-NINE:**    **Unlawful Distribution of Oxycodone**

With respect to Count Twenty-Nine, the offense of Unlawful Distribution of Oxycodone to "AS" on or about March 31, 2023, we, the members of the jury, unanimously find defendant Ndubuisi Joseph Okafor:

__X_____   _____
Not Guilty          Guilty

---

Dated: 3/21/25

[REDACTED]
FOREPERSON

8